BENJAMIN WEBB et al., as Administrators, etc., Respondents, *v.*
DAVID B. SANFORD, Appellant.

(Submitted January 30, 1889; decided March 5, 1889.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
November 21, 1887, directing judgment in favor of plaintiffs
upon a case submitted under section 1279 of the Code of Civil
Procedure.

*Charles W. Dayton* for appellant.

*Henry B. B. Stapler* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

MARGARET SHINER, as Administratrix, etc., Respondent, *v.*
HORACE RUSSELL et al., as Receivers, etc., Appellants.

(Argued January 30, 1889; decided March 5, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 14, 1886, which affirmed a judgment in favor
of plaintiff, entered upon a verdict.

*Hamilton Harris* for appellants.

*John W. Lyon* for respondent.

Agree to affirm ; no opinion.
All concur, except PECKHAM, J., dissenting.
Judgment affirmed.